# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 8, 2013

_____

## DOCKET CORRECTION NOTICE
_____

No. 13-4528,   <u>US v. Leslie Bandy</u>
             4:12-cr-00085-F-1

TO:    Jennifer Haynes Rose

TRANSCRIPT ORDER DUE:  August 13, 2013

Please make the corrections identified below and file a corrected transcript order by the due date indicated using the **Transcript Order form** entry.

___

  [X] Please file a transcript order form for the 2/19/13 hearing requested.


Barbara H. Rowe, Deputy Clerk
804-916-2704